**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **GUANGLI ZHANG, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 25-cv-02016 (APM)** |
| | ) | |
| **HOTEL FORTUNE, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

For the reasons stated in the court's Memorandum Opinion, ECF No. 39, the court dismisses the Complaint and this action. All motions to dismiss, ECF Nos. 4, 10, 16, & 27, are granted. Plaintiffs' outstanding motions, ECF Nos. 2, 13, 14, & 22, are denied as moot.

This is a final, appealable Order.

Dated: October 7, 2025

Amit P. Mehta
United States District Judge